UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MARIE SOLANO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:19-cv-1351 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

The parties have stipulated for Plaintiff to have an extension of thirty days to file her opening brief. (Doc. 13)  Notably, the Sheduling Order provides for a single extension of thirty days by stipulation of the parties (*see* Doc. 5 at 3), and the requested extension complies with the terms of the Scheduling Order.  Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 13) is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief no later than **June 5, 2020**.

IT IS SO ORDERED.

Dated:  **April 30, 2020**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE