# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MARIE SOLANO, | Case No.: 1:19-cv-01351 JLT |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND SETTING BRIEFING SCHEDULE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Danielle Marie Solano seeks an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 24) Because the matter is not set for hearing, there Court hereby sets a briefing schedule related to the pending motion. Accordingly, the Court **ORDERS**:

1. The Commissioner **SHALL** file a response to Plaintiff's motion for attorney fees no later than **June 25, 2021**; and

2. Any reply by Plaintiff **SHALL** be filed within seven days of the date of service of any opposition by the Commissioner.

IT IS SO ORDERED.

Dated: __**June 2, 2021**__  _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE