**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE MARIE SOLANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01351 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 26) |

　　　　Danielle Marie Solano and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees in the amount of $6,834.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 26) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation,

　　　　1.　　Plaintiff is **AWARDED** fees in the amount of $6,834.00 under 28 U.S.C. § 2412(d);

　　　　2.　　Plaintiff's motion for fees (Doc. 24) is terminated as **MOOT**.

IT IS SO ORDERED.

　　Dated:　__**June 15, 2021**__　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE